UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMELIA KINARD ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:21-CV-510-FL |
| UNITED STATES OF AMERICA ) | |
|       Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 14, 2022, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on February 14, 2022, and Copies To:**
Amelia Kinard (via US mail) 7024 Spangler Spring Way, Raleigh, NC 27610
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

February 14, 2022     PETER A. MOORE, JR., CLERK

                  /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk